**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION** | **Case No. 3:21-md-3004-NJR** |
| **This Document Relates to:** *James May v. Syngenta AG et al* **3:22-pq-02968-NJR** | **MDL No. 3004** |

<u>**SUGGESTION OF DEATH**</u>

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby gives notice and suggests upon the record the death of Plaintiff James May on April 6, 2024. *See* Exhibit A, James May Death Certificate. A motion for substitution of the proper party will be filed in accordance with Rule 25(a)(1).

Dated: May 8, 2024

Respectfully submitted,

 */s/ LaRuby May*
LaRuby May
Sarah Shoemake Doles
Alyson M. Petrick
**LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN O'BRIEN BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7084
Fax:    (850) 436-6084
*lmay@levinlaw.com*
*sdoles@levinlaw.com*
*apetrick@levinlaw.com*

*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 8, 2024, I electronically filed the above with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/*LaRuby May*
LaRuby May